# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

137608

RONNIE L. MYERS and MARY MYERS,
    Plaintiffs-Appellants,

v

MUFFLER MAN SUPPLY COMPANY,
    Defendant,
        Cross-Plaintiff-Appellee,
and

NEVADA EQUIPMENT LIQUIDATING, f/k/a
NEVADA EQUIPMENT, INC., MICHIGAN
TRACTOR  MACHINERY COMPANY, d/b/a
MICHIGAN CAT AGGREGATE DIVISION,
CULVER CONSTRUCTION, INC., f/k/a
CULVER CONSULTING, INC.,
    Defendants,
and

POWER SCREEN USA, L.L.C., d/b/a
SIMPLICITY ENGINEERING, INC., D & L
EQUIPMENT, INC., and SUBLET
CONTRACTORS, INC.,
    Defendants, Cross-Defendants.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137608
COA: 277542
Genesee CC: 04-079144-NP

On December 9, 2009, the Court heard oral argument on the application for leave to appeal the September 23, 2008 judgment of the Court of Appeals.  On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009

_____
Clerk